IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
EASTERN DIVISION

SYLVESTER YOUNG                                                               PETITIONER

VS.                                                        CIVIL ACTION NO. 4:07CV162 DPJ-JCS

RONALD KING                                                                   RESPONDENT

## JUDGMENT

Having fully reviewed the Report and Recommendation of the United States Magistrate Judge entered in this cause, and having adopted same as the opinion of this Court, the Court finds that the same entire action should be dismissed without prejudice.

THEREFORE, IT IS ORDERED AND ADJUDGED that judgment be and is hereby entered in favor of the defendants, and that this action is dismissed without prejudice.

**SO ORDERED AND ADJUDGED** this the 30th day of June, 2008.

> s/ *Daniel P. Jordan III*
> UNITED STATES DISTRICT JUDGE